| | | |
|---|---|---|
| 1 | Stuart M. Richter (SBN: 126231)<br>stuart.richter@kattenlaw.com | E-FILED 11/15/12 |
| 2 | Gregory S. Korman (SBN: 216931)<br>gregory.korman@kattenlaw.com | |
| 3 | Paul A. Grammatico (CA 246380)<br>paul.grammatico@kattenlaw.com | |
| 4 | KATTEN MUCHIN ROSENMAN LLP<br>650 Town Center Drive | |
| 5 | Suite 700<br>Costa Mesa, CA 92626-7122 | |
| 6 | Telephone: 714.386.5708<br>Facsimile: 714.386.5736 | |
| 7 | | |
| 8 | Attorneys for Defendant<br>HSBC BANK USA, N.A. | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | | |
|---|---|---|
| NEVRIK BERBERYAN, an individual, | ) | CASE NO. CV12-04431 PSG (MRWx) |
| Plaintiff, | ) | Honorable Philip S. Gutierrez |
| vs. | ) | |
| | ) | **[PROPOSED] JUDGMENT** |
| BANK OF AMERICA, N.A. A National Associations BARCLAYS BANK DELAWARE, A Delaware Corporation CAPITAL ONE BANK USA N.A. A National Association GE MONEY BANK a/k/a GE CAPITAL FINANCIAL, INC A Utah Corporation HSBC BANK USA, N.A., A National Association MACYS CORPORATE SERVICES, INC, A Delaware Corporation PNC BANK N.A. A National Association TD BANK N.A. A National Association DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation WELLS FARGO BANK N.A. A National Associations, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

**JUDGMENT**

The Court, having granted Defendant, HSBC Bank USA, N.A.'s ("HSBC") Motion to Dismiss per its minute order on October 26, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of HSBC and against plaintiff, Nevrik Berberyan ("Plaintiff");

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: 11/15/12

PHILIP S. GUTIERREZ
The Honorable Philip S. Gutierrez
United States District Judge