1  Abraham J. Colman (SBN 146933)
   Raagini Shah (SBN 268022)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

E-FILED 11/19/12

5  Attorneys for Defendants
   Bank of America, N.A. and Barclays
6  Bank Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRIK BERBERYAN, an individual, | No.: 2:12-CV-4431-PSG-MRW |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | Honorable Philip S. Gutierrez |
| BANK OF AMERICA, N.A., a National Association, BARCLAYS BANK DELAWARE, a Delaware Corporation, CAPITAL ONE BANK USA N.A., A National Association, GE MONEY BANK a/k/a GE CAPITAL FINANCIAL, INC. A Utah Corporation, HSBC BANK USA N.A. A National Association, MACYS CORPORATE SERVICES, INC., A Delaware Corporation, PNC BANK N.A. A National Association, TD BANK N.A. A National Association, DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation, WELLS FARGO BANK N.A., A National Association, | |
| Defendants. | |

1     This Court having granted Defendants Bank of America, N.A. and Barclays Bank Delaware's ("Defendants") Motion to Dismiss per its minute order on October 26, 2012,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

    1.     Judgment is entered in favor of Defendants and against plaintiff Nevrik Berberyan ("Plaintiff");

    2.     Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated:   11/19/12

PHILIP S. GUTIERREZ
The Honorable Philip S. Gutierrez
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware