**K&L GATES LLP**
4 Embarcadero Center
Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

E-FILED 11/19/12

Matthew G. Ball (SBN 208881)
 *matthew.ball@klgates.com*

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Carlo L. Rodes (SBN 268170)
 *carlo.rodes@klgates.com*

Attorneys for Defendant TD Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - ROYBAL

| | |
|---|---|
| NEVERIK BERBERYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. A National Associations<br>BARCLAYS BANK DELAWARE, A Delaware Corporation<br>CAPITAL ONE BANK USA N.A. A National Association<br>GE MONEY BANK a/k/a GE CAPITAL FINANCIAL, INC A Utah Corporation<br>HSBC BANK USA N.A. A National Association<br>MACYS CORPORATE SERVICES, INC, A Delaware Corporation<br>PNC BANK N.A. A National Association<br>TD BANK N.A. A National Association<br>DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation<br>WELLS FARGO BANK N.A. A National Associations<br><br>Defendants. | Case No. CV12-04431 PSG (MRW)<br><br>[PROPOSED] **JUDGMENT**<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>Complaint Filed May 25, 2012 |

LA-525762 v1

**JUDGMENT**

The Court, having granted Defendant TD Bank, N.A.'s ("TD Bank") Motion to Dismiss pursuant to its minute order on November 9, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of TD Bank and against plaintiff, Nevrik Berberyan ("Plaintiff");

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: 11/19/12

PHILIP S. GUTIERREZ
_____
The Honorable Philip S. Gutierrez
United States District Judge