E-FILED: 11-26-2012
Link #88

Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Deborah A. Walker (SBN 185159)
dawalker@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
PNC BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVRIK BERBERYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A. A National Associations<br>BARCLAYS BANK DELAWARE, A Delaware Corporation<br>CAPTIAL ONE BANK USA N.A. A National Association<br>GE MONEY BANK a/k/a GE CAPITAL FINANCIAL, INC A Utah Corporation<br>HSBC BANK USA N.A. A National Association<br>MACYS CORPORATE SERVICES, INC, A Delaware Corporation<br>PNC BANK N.A. A National Association<br>TD BANK N.A. A National Association<br>DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation<br>WELLS FARGO BANK N.A. A National Associations,<br>Defendants. | Case No. 2:12-cv-04431-PSG-MRW<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Hon. Philip S. Gutierrez |

1249671.1

1

# JUDGMENT

The Court, having granted PNC BANK, N.A.'s Motion to Dismiss per its minute order on October 19, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of PNC BANK, N.A. and against plaintiff, NEVRIK BERBERYAN;

2. Plaintiff shall recover nothing in this action.

IT IS SO ORDERED.

DATED: November 26, 2012

__PHILIP S. GUTIERREZ__
Hon. Philip S. Gutierrez
United States District Court Judge