```
SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
```

E-FILED 11/29/12
term deft

Attorneys for Defendant
WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NEVRIK BERBERYAN, an individual,<br>            Plaintiff,<br>vs.<br>BANK OF AMERICA N.A. A National Associations<br>BARCLAYS BANK DELAWARE, A Delaware Corporation<br>CAPITAL ONE BANK USA N.A. A National Association<br>GE MONEY BANK a/k/a GE CAPITAL FINANCIAL, INC A Utah Corporation<br>HSBC BANK USA N.A. A National Association<br>MACYS CORPORATE SERVICES, INC, A Delaware Corporation<br>PNC BANK N.A. A National Association<br>TD BANK N.A. A National Association<br>DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation<br>WELLS FARGO BANK N.A. A National Associations,<br>            Defendants. | Case No. 2:12-cv-04431 PSG MRW<br>Hon. Phillip S. Gutierrez<br>Ctrm. 880<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed: May 25, 2012<br>Trial Date: None Set |

## JUDGMENT

The Court, having granted Defendant WELLS FARGO BANK, N.A.'S Motion to Dismiss Plaintiff's Complaint per its Minute Order on October 19, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of WELLS FARGO BANK, N.A. and against Plaintiff Nevrik Berberyan;

2. Plaintiff shall recover nothing in this action;

3. Defendant WELLS FARGO BANK, N.A. is entitled to an award of attorney's fees in the amount of $_____.00 against Plaintiff.

**IT IS SO ORDERED.**

DATED:   11/28/12

**PHILIP S. GUTIERREZ**
_____
HONORABLE PHILLIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE